UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SYKES,<br><br>    Plaintiff,<br><br>        v.<br><br>JOHN DOE,<br><br>    Defendant. | Case No.  13-4128 WHO (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff alleges various claims against his jailors at the Hamilton Correctional Facility in Jasper, Florida, which lies in the Middle District of Florida.  This federal civil rights action is hereby TRANSFERRED to the Middle District of Florida, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district.  *See* 28 U.S.C. §§ 89(b), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:**  October 15, 2013



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SYKES,<br><br>            Plaintiff,<br><br>   v.<br><br>JOHN DOE,<br><br>            Defendant.                              / | Case Number: CV13-04128 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 15, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Donald Sykes #038164
Hamilton Correction Institution Annex
11419 SW County Road #249
Jasper, FL 32052

Dated: October 15, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk